Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 OCT 26 AM 9:53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY GSA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA v. PLAINTIFF | CASE NUMBER: 2:26-mj-06059-DUTY |
| Amandeep Kaur<br>USMS# ________ DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 10/26/2026 at 0630 ☒ AM ☐ PM
   or
   The defendant was arrested in the ________ District of ________ on ________ at ________ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   118 U.S.C. § 1015(a)- False Claim to U.S. Citizenship; 52 U.S.C. § 20511(2)(A)-Fraudulent Voter Registration
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☐ No ☐ Yes Language: ________
7. Year of Birth: 1996
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ________ Phone Number: ________
9. Name of Pretrial Services Officer notified: DUTY
10. Remarks (if any): ________
11. Name: Virginia Pulido (please print)
12. Office Phone Number: 562-233-0351
13. Agency: HSI
14. Signature: VIRGINIA A PULIDO Digitally signed by VIRGINIA A PULIDO Date: 2026.10.16 08:30:32 -07'00'
15. Date: 10/19/2026